UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Civil Action No. 7:13 cv 26

| | |
|---|---|
| Robert D. Freedland, DDS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)     **ORDER**<br>Selective Insurance Company of the Southeast )<br>Aka Selective Insurance Company of South )<br>Carolina and/or America, )<br>)<br>Defendant. ) | |

THIS CAUSE being heard by the Undersigned on the parties' Joint Motion to Remand the above entitled action from the United States District Court for the Eastern District of North Carolina back to the Superior Court of New Hanover County, North Carolina; and

It appearing to the Court that Plaintiff and Defendant have agreed that the amount in controversy between Plaintiff and Defendant does not exceed the sum of $75,000.00; and it further appearing that said Motion should be allowed in the interests of justice;

IT IS THEREFORE ORDERED that the above entitled action be and the same hereby is remanded to the Superior Court of New Hanover County, North Carolina, with each party to bear its own costs, expenses and attorneys' fees.

SO ORDERED. This **31** day of May 2013.

JAMES C. DEVER III
Chief United States District Judge